UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| SPATZ, WILLIAM | § § § § | Case No. 13-27513-JSB |
| Debtors(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/09/2013. The undersigned trustee was appointed on 07/09/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 10,225.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 46.86 |
| Bank Service Fees | | 305.49 |
| Other Payments to Creditors | | 0.00 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 0.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 9,872.65 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 05/23/2014 and the deadline for filing governmental claims was 05/23/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

    7. The Trustee's proposed distribution is attached as **Exhibit D.**

    8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $1,772.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $1,772.50, for a total compensation of $1,772.50. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $30.02 for total expenses of $30.02

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date :   11/22/2016          By :   /s/ Joseph A. Baldi
                                                                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 13-27513  
Case Name: SPATZ, WILLIAM  
Judge: Janet S. Baer  
Trustee Name: Joseph A. Baldi  
Date Filed (f) or Converted (c): 07/09/2013 (f)  
341(a) Meeting Date: 08/19/2013  
For Period Ending: 11/22/2016  
Claims Bar Date: 05/23/2014  

| | 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/Unscheduled Values | 3<br>Est Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Formally Abandoned<br>OA=554(a) | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA) / Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1. | Various clothing items | 1,410.00 | 0.00 | | 0.00 | FA |
| 2. | 3 Watches | 90.00 | 0.00 | | 0.00 | FA |
| 3. | Life insurance policy held with wife. | 0.00 | 0.00 | | 0.00 | FA |
| 4. | Grand Rapids Associates LLC (10% int.) | 5,000.00 | 5,000.00 | OA | 0.00 | FA |
| 5. | Cahokia Village Associates LLC (61.16% int.) | 0.00 | Unknown | OA | 0.00 | FA |
| 6. | SCI, Inc. (100% interest) | 0.00 | Unknown | OA | 0.00 | FA |
| 7. | Denham Homes LLC (0.125% interest) (u) | 0.00 | Unknown | OA | 0.00 | FA |
| 8. | Summa Associates LLC (0.1% interest) (u) | 1,000.00 | 1,000.00 | OA | 0.00 | FA |
| 9. | Meadowlane Mall Associates L.P (0.5% interest) | 5,000.00 | Unknown | OA | 0.00 | FA |
| 10. | Fon du Lac Associates L.P. (1% interest) | 2,000.00 | 2,000.00 | OA | 0.00 | FA |
| 11. | Manitowac Associates L.P. (1% interest) | 7,000.00 | Unknown | OA | 0.00 | FA |
| 12. | Grand Forks Associates (1.0% interest) | 18,000.00 | Unknown | OA | 0.00 | FA |
| 13. | Kimberly Associates L.P. (1% interest) | 10,000.00 | Unknown | OA | 0.00 | FA |
| 14. | Locust Street Association (1.35% ownership interest) (u) | 0.00 | Unknown | OA | 0.00 | FA |
| 15. | Quarterly dividends from partnerships (u) | 0.00 | Unknown | | 10,225.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 13-27513 | Judge: Janet S. Baer | Trustee Name: Joseph A. Baldi |
|---|---|---|
| Case Name: SPATZ, WILLIAM | | Date Filed (f) or Converted (c): 07/09/2013 (f) |
| | | 341(a) Meeting Date: 08/19/2013 |
| For Period Ending: 11/22/2016 | | Claims Bar Date: 05/23/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 49,500.00 | 8,000.00 | | 10,225.00 | 0.00 |

Re Prop. #3   The spouse who dies second is beneficiary. Policy is held by a trust.
Re Prop. #4   Abandoned per order 9/14/06 [dkt 113]

Re Prop. #5   Abandoned per order 9/14/06 [dkt 113]

Re Prop. #6   Abandoned per order 9/14/06 [dkt 113]

Re Prop. #7   Abandoned per order 9/14/06 [dkt 113]
Re Prop. #8   Abandoned per order 9/14/06 [dkt 113]
Re Prop. #9   Abandoned per order 9/14/06 [dkt 113]
Re Prop. #10  Abandoned per order 9/14/06 [dkt 113]
Re Prop. #11  Abandoned per order 9/14/06 [dkt 113]
Re Prop. #12  Abandoned per order 9/14/06 [dkt 113]
Re Prop. #13  Abandoned per order 9/14/06 [dkt 113]
Re Prop. #14  Abandoned per order 9/14/06 [dkt 113]

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

October 2016:  Trustee obtained court order authorizing abandonment of LLCs and LPs.  Trustee reviewed claims and resolved claims issues.  Trustee prepared TFR.

June 2016:  Trustee determined the LLC and partnership interests are of inconsequential value and benefit to the Estate, have large recapture tax liability which would exceed any gain to the estate.  Trustee will seek to abandon and then close the case.

March 09, 2016, 04:33 pm Sale of interests may trigger phantom income, postpone sale.  Continuing to receive income distributions from LLC interests.

July 22, 2015, 04:38 pm Trustee negotiating with Debtor to sell interests in partnerships and LLC's to debtor, analyzing tax issues on recapture liability.  If cannot realize sufficient funds to pay tax liability, may not be able to sell interests.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 13-27513 | Judge: Janet S. Baer | Trustee Name: Joseph A. Baldi |
|---|---|---|
| Case Name: SPATZ, WILLIAM | | Date Filed (f) or Converted (c): 07/09/2013 (f) |
| | | 341(a) Meeting Date: 08/19/2013 |
| For Period Ending: 11/22/2016 | | Claims Bar Date: 05/23/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Trustee will resolve sale issues and close case by year end.**

**Trustee is investigating value of LLC's and LP's to determine if there is any value to Estate**

**Initial Projected Date of Final Report(TFR) :** 12/31/2016      **Current Projected Date of Final Report(TFR) :** 11/30/2016

**Trustee's Signature**   /s/Joseph A. Baldi     **Date:** 11/22/2016
Joseph A. Baldi
20 N. Clark St. Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-27513 | | Trustee Name: | Joseph A. Baldi |
| Case Name: | SPATZ, WILLIAM | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | ******6891 Checking Account |
| Taxpayer ID No: | **-***0930 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 11/22/2016 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/20/2013 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 400.00 | | 400.00 |
| 02/05/2014 | 3001 | International Sureties<br>701 Poydras Street #420<br>New Orleans , LA 70139 | Bond Premium Payment<br>Annual premium payment | 2300-000 | | 0.32 | 399.68 |
| 02/19/2014 | [15] | MANITOWOC ASSOCIATES LP<br>14 N PEORIA STREET UNIT 3F<br>CHICAGO , IL 60607 | DISTRIBUTION FROM MANITOWOC ASSOC. | 1223-000 | 600.00 | | 999.68 |
| 06/25/2014 | [15] | KIMBERLY ASSOCIATES LP<br>14 N PEORIA STREET, UNIT 3F<br>CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 200.00 | | 1,199.68 |
| 06/25/2014 | [15] | MEADOWLANE MALL ASSOCIATES LP<br>14 N PEORIA STREET UNIT 3F<br>CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 350.00 | | 1,549.68 |
| 06/25/2014 | [15] | MANITOWOC ASSOCIATES LP<br>14 N PEORIA STREET UNIT 3F<br>CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 250.00 | | 1,799.68 |
| 07/08/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,789.68 |
| 08/07/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,779.68 |
| | | | | Page Subtotals | 1,800.00 | 20.32 | |

| Case No: | 13-27513 | | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|---|
| Case Name: | SPATZ, WILLIAM | | | Bank Name: | Associated Bank |
| | | | | Account Number/CD#: | ******6891 Checking Account |
| Taxpayer ID No: | **-***0930 | | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 11/22/2016 | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/08/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,769.68 |
| 09/23/2014 | [15] | MANITOWOC ASSOCIATES LP<br>14 N PEORIA STREET UNIT 3F<br>CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 1,000.00 | | 2,769.68 |
| 09/23/2014 | [15] | KIMBERLY ASSOCIATES LP<br>14 N PEORIA STREET, UNIT 3F<br>CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 700.00 | | 3,469.68 |
| 10/07/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,459.68 |
| 11/07/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,449.68 |
| 12/05/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,439.68 |
| 01/05/2015 | [15] | KIMBERLY ASSOCIATES LP<br>14 N PEORIA STREET, UNIT 3F<br>CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 200.00 | | 3,639.68 |
| 01/05/2015 | [15] | MANITOWOC ASSOCIATES LP<br>14 N PEORIA STREET UNIT 3F<br>CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 500.00 | | 4,139.68 |
| | | | | Page Subtotals | 2,400.00 | 40.00 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-27513 | | Trustee Name: | Joseph A. Baldi |
| Case Name: | SPATZ, WILLIAM | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | ******6891 Checking Account |
| Taxpayer ID No: | **-***0930 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 11/22/2016 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/05/2015 | [15] | MEADOWLANE MALL ASSOCIATES LP<br>14 N PEORIA STREET UNIT 3F<br>CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 400.00 | | 4,539.68 |
| 01/08/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,529.68 |
| 02/06/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,519.68 |
| 02/20/2015 | 3002 | ARTHUR B. LEVINE COMPANY<br>60 East 42nd Street<br>Room 965<br>New York New , York 10165 | 2015 Bond premium | 2300-000 | | 3.14 | 4,516.54 |
| 03/06/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,506.54 |
| 03/30/2015 | [15] | MEADOWLANE MALL ASSOCIATES LP<br>14 N PEORIA STREET UNIT 3F<br>CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 350.00 | | 4,856.54 |
| 03/30/2015 | [15] | KIMBERLY ASSOCIATES LP<br>14 N PEORIA STREET, UNIT 3F<br>CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 200.00 | | 5,056.54 |
| | | | | Page Subtotals | 950.00 | 33.14 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-27513 | Trustee Name: | Joseph A. Baldi |
| Case Name: | SPATZ, WILLIAM | Bank Name: | Associated Bank |
| | | Account Number/CD#: | ******6891 Checking Account |
| Taxpayer ID No: | **-***0930 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 11/22/2016 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/03/2015 | [15] | MANITOWOC ASSOCIATES LP<br>14 N PEORIA STREET UNIT 3F<br>CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 500.00 | | 5,556.54 |
| 04/07/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,546.54 |
| 05/07/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,536.54 |
| 06/05/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,526.54 |
| 06/25/2015 | [15] | MEADOWLANE MALL ASSOCIATES LP<br>14 N PEORIA STREET UNIT 3F<br>CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 500.00 | | 6,026.54 |
| 07/07/2015 | [15] | MANITOWOC ASSOCIATES LP<br>14 N PEORIA STREET UNIT 3F<br>CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 250.00 | | 6,276.54 |
| 07/07/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,266.54 |
| 08/07/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,256.54 |
| 09/08/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,246.54 |
| | | | | Page Subtotals | 1,250.00 | 60.00 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 13-27513 | Trustee Name: Joseph A. Baldi |
| Case Name: SPATZ, WILLIAM | Bank Name: Associated Bank |
| | Account Number/CD#: ******6891 Checking Account |
| Taxpayer ID No: **-***0930 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 11/22/2016 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/17/2015 | [15] | MEADOWLANE MALL ASSOCIATES LP<br>14 N PEORIA STREET UNIT 3F<br>CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 500.00 | | 6,746.54 |
| 09/17/2015 | [15] | KIMBERLY ASSOCIATES LP<br>14 N PEORIA STREET, UNIT 3F<br>CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 600.00 | | 7,346.54 |
| 09/17/2015 | [15] | MANITOWOC ASSOCIATES LP<br>14 N PEORIA STREET UNIT 3F<br>CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 700.00 | | 8,046.54 |
| 10/07/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.20 | 8,036.34 |
| 10/15/2015 | 3003 | ILLINOIS DEPT. OF REVENUE<br>P.O. BOX 19053<br>SPRINGFIELD , IL 62794-9053 | 2014 STATE TAX DUE<br>State Tax Due for 2014 Return - Estate of William Spatz<br>Case No. 13-27513 | 2820-000 | | 37.00 | 7,999.34 |
| 11/06/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.95 | 7,987.39 |
| 12/07/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.52 | 7,975.87 |
| 12/14/2015 | [15] | MANITOWOC ASSOCIATES LP<br>14 N PEORIA STREET UNIT 3F<br>CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 500.00 | | 8,475.87 |
| | | | | Page Subtotals | 2,300.00 | 70.67 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-27513  
Case Name: SPATZ, WILLIAM  
Taxpayer ID No: **-***0930  
For Period Ending: 11/22/2016  

Trustee Name: Joseph A. Baldi  
Bank Name: Associated Bank  
Account Number/CD#: ******6891 Checking Account  
Blanket bond (per case limit): 5,000,000.00  
Separate bond (if applicable): 0.00  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/14/2015 | [15] | MEADOWLANE MALL ASSOCIATES LP<br>14 N PEORIA STREET UNIT 3F<br>CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 375.00 | | 8,850.87 |
| 01/08/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.61 | 8,838.26 |
| 02/05/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.14 | 8,825.12 |
| 02/15/2016 | 3004 | ARTHUR B. LEVINE COMPANY<br>370 Lexington Avenue, Suite 1101<br>New York , NY 10017 | Bond Premium Payment<br>2016 Bond Premium Payment | 2300-000 | | 6.40 | 8,818.72 |
| 03/07/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.27 | 8,806.45 |
| 04/01/2016 | [15] | WS MANAGEMENT, INC.<br>14 N. PEORIA STREET, 3F<br>CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 300.00 | | 9,106.45 |
| 04/01/2016 | [15] | WS MANAGEMENT, INC.<br>14 N. PEORIA STREET, 3F<br>CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 250.00 | | 9,356.45 |
| 04/07/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.09 | 9,343.36 |
| | | | Page Subtotals | | 925.00 | 57.51 | |

| Case No: | 13-27513 | Trustee Name: | Joseph A. Baldi |
| --- | --- | --- | --- |
| Case Name: | SPATZ, WILLIAM | Bank Name: | Associated Bank |
| | | Account Number/CD#: | ******6891 Checking Account |
| Taxpayer ID No: | **-***0930 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 11/22/2016 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/06/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.44 | 9,329.92 |
| 06/07/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.87 | 9,316.05 |
| 07/08/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.40 | 9,302.65 |
| 07/19/2016 | | Trustee Transfer to new account | Transfer of funds to Texas Capital Bank | 9999-000 | | 9,302.65 | 0.00 |
| | | | | Page Subtotals | 0.00 | 9,343.36 | |

|  |  |  |
| --- | --- | --- |
| **COLUMN TOTALS** | 9,625.00 | 9,625.00 |
| Less:Bank Transfer/CD's | 400.00 | 9,302.65 |
| **SUBTOTALS** | 9,225.00 | 322.35 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 9,225.00 | 322.35 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-27513 | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | SPATZ, WILLIAM | Bank Name: | Congressional Bank |
| | | Account Number/CD#: | ******0481 Checking Account |
| Taxpayer ID No: | **-***0930 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 11/22/2016 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/13/2013 | [15] | Wendy Spatz<br>14 North Peoria, Unit 3F<br>Chicago, IL 60607 | Quarterly dividend | 1223-000 | 400.00 | | 400.00 |
| 12/20/2013 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 400.00 | 0.00 |
| | | | Page Subtotals | | 400.00 | 400.00 | |

|  |  |  |
|---|---|---|
| **COLUMN TOTALS** | 400.00 | 400.00 |
| Less:Bank Transfer/CD's | 0.00 | 400.00 |
| **SUBTOTALS** | 400.00 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 400.00 | 0.00 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 13-27513 | Trustee Name: Joseph A. Baldi |
| Case Name: SPATZ, WILLIAM | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******5492 Checking Account |
| Taxpayer ID No: **-***0930 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 11/22/2016 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/19/2016 | | Trustee Transfer to new account | Received transfer of funds from Associated Bank | 9999-000 | 9,302.65 | | 9,302.65 |
| 08/03/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 9,287.65 |
| 08/08/2016 | [15] | MEADOWLANE MALL ASSOCIATES LTD<br>14 N PEORIA STREET UNIT 3F<br>CHICAGO , IL 60607 | Quarterly Distribution | 1223-000 | 300.00 | | 9,587.65 |
| 08/08/2016 | [15] | MANITOWOC ASSOCIATES LLC<br>14 N PEORIA STREET UNIT 3F<br>CHICAGO , IL 60607 | Quarterly Distribution | 1223-000 | 300.00 | | 9,887.65 |
| 09/06/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 9,872.65 |

|  |  |  |
|---|---|---|
| Page Subtotals | 9,902.65 | 30.00 |
| **COLUMN TOTALS** | 9,902.65 | 30.00 |
| Less:Bank Transfer/CD's | 9,302.65 | 0.00 |
| **SUBTOTALS** | 600.00 | 30.00 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 600.00 | 30.00 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 13-27513 | Trustee Name: Joseph A. Baldi |
| Case Name: SPATZ, WILLIAM | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******5492 Checking Account |
| Taxpayer ID No: **-***0930 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 11/22/2016 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | |
|---|---|---|
| All Accounts Gross Receipts: | 10,225.00 | |
| All Accounts Gross Disbursements: | 352.35 | |
| All Accounts Net: | 9,872.65 | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******6891 Checking Account | 9,225.00 | 322.35 | |
| ******5492 Checking Account | 600.00 | 30.00 | |
| ******0481 Checking Account | 400.00 | 0.00 | |
| **NetTotals** | 10,225.00 | 352.35 | 9,872.65 |

Case: 13-27513
SPATZ, WILLIAM

Joseph A. Baldi
CLAIMS REGISTER
EXHIBIT C

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | 2100<br>ADMIN | 0.00 | 1,772.50 | 1,772.50 | 0.00 | 1,772.50 |
| | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | 2200<br>ADMIN | 0.00 | 30.02 | 0.00 | 0.00 | 0.00 |
| BOND | INTERNATIONAL SURETIES<br>701 Poydras Street #420<br>New Orleans , LA 70139 | 2300<br>ADMIN | 0.00 | 0.32 | 0.32 | 0.32 | 0.00 |
| BOND | ARTHUR B. LEVINE<br>60 East 42nd Street<br>Room 965<br>New York New , YORK 10165 | 2300<br>ADMIN | 0.00 | 9.54 | 9.54 | 9.54 | 0.00 |
| | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | 3210<br>ADMIN | 0.00 | 9,866.50 | 9,866.50 | 0.00 | 9,866.50 |
| | Baldi Berg voluntarily agrees to subordinate the payment of its claim to the payment in full of the Estate's other administrative claims and a 10% distribution to the Estate's sole priority tax claimant | | | | | | |
| | Popowcer Katten, Ltd.<br>35 W Wacker Dr<br>Chicago, IL 60601 | 3410<br>ADMIN | 0.00 | 1,500.00 | 1,500.00 | 0.00 | 1,500.00 |
| **ADMINISTRATIVE TOTAL** | | | **0.00** | **13,178.88** | **13,148.86** | **9.86** | **13,139.00** |
| 000002 | BMW FINANCIAL SERVICES<br>P.O. Box 201347<br>Arlington , TX 76006 | 4210<br>SEC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Claim withdrawn 9/27/16 [dkt 114]<br>(2-1) 2013 BMW X1 Utility 4D 28i AWD I4(2-1) Modified on 4/8/14 to correct creditor address (ES) | | | | | | |
| **SECURED TOTAL** | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| 000001A | ILLINOIS DEPARTMENT OF<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago , ILLINOIS 60664-0338 | 5800<br>PRIORITY | 0.00 | 18,164.00 | 18,164.00 | 0.00 | 18,164.00 |
| | Trustee's attorneys voluntarily have agreed to subordinate payment of its claim for fees to the payment of 10% of this priority tax claim. | | | | | | |
| **PRIORITY TOTAL** | | | **0.00** | **18,164.00** | **18,164.00** | **0.00** | **18,164.00** |
| 000001B | Illinois Dept. of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL, 60664-0338 | 7100<br>UNSEC | 0.00 | 1,060,911.04 | 1,060,911.04 | 0.00 | 1,060,911.04 |

Case: 13-27513  
SPATZ, WILLIAM

Joseph A. Baldi  
CLAIMS REGISTER  
EXHIBIT C

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---:|---:|---:|---:|---:|
| 000003 | TECHE FEDERAL BANK<br>1120 Jefferson Terrace Blvd.<br>New Iberia , LA 70560 | 7100<br>UNSEC | 0.00 | 150,000.00 | 150,000.00 | 0.00 | 150,000.00 |
| 000004 | TECHE FEDERAL BANK<br>1120 Jefferson Terrace Blvd.<br>New Iberia , LA 70560 | 7100<br>UNSEC | 0.00 | 215,520.54 | 215,520.54 | 0.00 | 215,520.54 |
| 000005 | TECHE FEDERAL BANK<br>1120 Jefferson Terrace Blvd.<br>New Iberia , LA 70560 | 7100<br>UNSEC | 0.00 | 1,217,159.41 | 1,217,159.41 | 0.00 | 1,217,159.41 |
| 000006 | BANK OF AMERICA, N.A., AS merger to LaSalle Bank N.A., Tr of Asset Securitization Corp.Certificate Series 1997-D5, c/o Chapman and Cutler | 7100<br>UNSEC | 0.00 | 3,733,215.60 | 3,733,215.60 | 0.00 | 3,733,215.60 |
| **UNSECURED TOTAL** | | | **0.00** | **6,376,806.59** | **6,376,806.59** | **0.00** | **6,376,806.59** |
| **REPORT TOTALS** | | | **0.00** | **6,408,149.47** | **6,408,119.45** | **9.86** | **6,408,109.59** |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.:  13-27513-Janet S. Baer
Case Name:  SPATZ, WILLIAM

Trustee Name:  Joseph A. Baldi

Balance on Hand     $9,872.65

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of | Interim Payment to | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | BMW FINANCIAL SERVICES NA, | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 9,872.65 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees:   Joseph A. Baldi | $ 1,772.50 | $ 0.00 | $ 1,772.50 |
| Trustee, Expenses:   Joseph A. Baldi | $ 30.02 | $ 0.00 | $ 30.02 |
| Attorney for Trustee, Fees: Baldi Berg, Ltd. | $ 9,866.50 | $ 0.00 | $ 4,753.73 |
| Other: Popowcer Katten, Ltd. | $ 1,500.00 | $ 0.00 | $ 1,500.00 |
| Other: INTERNATIONAL SURETIES | $ 0.32 | $ 0.32 | $ 0.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 9.54 | $ 9.54 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 8,056.25 |
| Remaining Balance | $ 1,816.40 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $18,164.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | ILLINOIS DEPARTMENT OF REVENUE | $ 18,164.00 | $ 0.00 | $ 1,816.40 |

UST Form 101-7-TFR (5/1/2011) Page 3

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Total to be paid to priority creditors | | | | $ 1,816.40 |
| Remaining Balance | | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $6,376,806.59 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Illinois Dept. of Revenue | $ 1,060,911.04 | $ 0.00 | $ 0.00 |
| 000003 | TECHE FEDERAL BANK | $ 150,000.00 | $ 0.00 | $ 0.00 |
| 000004 | TECHE FEDERAL BANK | $ 215,520.54 | $ 0.00 | $ 0.00 |
| 000005 | TECHE FEDERAL BANK | $ 1,217,159.41 | $ 0.00 | $ 0.00 |
| 000006 | BANK OF AMERICA, N.A., AS | $ 3,733,215.60 | $ 0.00 | $ 0.00 |
| Total to be paid to timely general unsecured creditors | | | | $ 0.00 |
| Remaining Balance | | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE