UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
SPATZ, WILLIAM § Case No. 13-27513
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $45,500.00 (Without deducting any secured claims) | Assets Exempt: $4,000.00 |
| Total Distributions to Claimants: $0.00 | Claims Discharged Without Payment: $6,376,806.59 |
| Total Expenses of Administration: $10,225.00 | |

3) Total gross receipts of $10,225.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $10,225.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $11,808,757.16 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $13,491.35 | $13,521.37 | $10,225.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $18,164.00 | $18,164.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $2,500,000.00 | $6,376,806.59 | $6,376,806.59 | $0.00 |
| **TOTAL DISBURSEMENTS** | $14,308,757.16 | $6,408,461.94 | $6,408,491.96 | $10,225.00 |

4) This case was originally filed under chapter 7 on 07/09/2013. The case was pending for 44 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.** The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated : 03/09/2017     By : /s/ Joseph A. Baldi
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE 1 | AMOUNT RECEIVED |
|---|---|---|
| Quarterly dividends from partnerships | 1223-000 | $10,225.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,225.00** |

1The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00002 | BMW FINANCIAL SERVICES NA, | 4210-000 | $32,892.69 | $0.00 | $0.00 | $0.00 |
| | Key Bank Real Estate Capital | | $4,713,972.68 | NA | NA | $0.00 |
| | StanCorp Mortgage Investors | | $1,711,492.90 | NA | NA | $0.00 |
| | StanCorp Mortgage Investors | | $2,009,243.09 | NA | NA | $0.00 |
| | StanCorp Mortgage Investors | | $3,341,155.80 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | **$11,808,757.16** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Baldi Berg, Ltd. | 3210-000 | NA | $9,866.50 | $9,866.50 | $6,570.13 |
| Popowcer Katten, Ltd. | 3410-000 | NA | $1,500.00 | $1,500.00 | $1,500.00 |
| Joseph A. Baldi | 2100-000 | NA | $1,772.50 | $1,772.50 | $1,772.50 |
| Joseph A. Baldi | 2200-000 | NA | $0.00 | $30.02 | $30.02 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| International Sureties | 2300-000 | NA | $0.32 | $0.32 | $0.32 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | $9.54 | $9.54 | $9.54 |
| Associated Bank | 2600-000 | NA | $275.49 | $275.49 | $275.49 |
| ILLINOIS DEPT. OF REVENUE | 2820-000 | NA | $37.00 | $37.00 | $37.00 |
| Texas Capital Bank | 2600-000 | NA | $30.00 | $30.00 | $30.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $13,491.35 | $13,521.37 | $10,225.00 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001A | ILLINOIS DEPARTMENT OF | 5800-000 | $0.00 | $18,164.00 | $18,164.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $18,164.00 | $18,164.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | BANK OF AMERICA, N.A., AS | 7100-000 | NA | $3,733,215.60 | $3,733,215.60 | $0.00 |
| 000005 | TECHE FEDERAL BANK | 7100-000 | $2,500,000.00 | $1,217,159.41 | $1,217,159.41 | $0.00 |
| 000004 | TECHE FEDERAL BANK | 7100-000 | NA | $215,520.54 | $215,520.54 | $0.00 |
| 000003 | TECHE FEDERAL BANK | 7100-000 | NA | $150,000.00 | $150,000.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001B | Illinois Dept. of Revenue | 7100-000 | NA | $1,060,911.04 | $1,060,911.04 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,500,000.00 | $6,376,806.59 | $6,376,806.59 | $0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 13-27513 | Judge: Janet S. Baer | Trustee Name: Joseph A. Baldi |
|---|---|---|
| Case Name: SPATZ, WILLIAM | | Date Filed (f) or Converted (c): 07/09/2013 (f) |
| | | 341(a) Meeting Date: 08/19/2013 |
| For Period Ending: 03/09/2017 | | Claims Bar Date: 05/23/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. Various clothing items | 1,410.00 | 0.00 | | 0.00 | FA |
| 2. 3 Watches | 90.00 | 0.00 | | 0.00 | FA |
| 3. Life insurance policy held with wife. | 0.00 | 0.00 | | 0.00 | FA |
| 4. Grand Rapids Associates LLC (10% int.) | 5,000.00 | 5,000.00 | OA | 0.00 | FA |
| 5. Cahokia Village Associates LLC (61.16% int.) | 0.00 | Unknown | OA | 0.00 | FA |
| 6. SCI, Inc. (100% interest) | 0.00 | Unknown | OA | 0.00 | FA |
| 7. Denham Homes LLC (0.125% interest) (u) | 0.00 | Unknown | OA | 0.00 | FA |
| 8. Summa Associates LLC (0.1% interest) (u) | 1,000.00 | 1,000.00 | OA | 0.00 | FA |
| 9. Meadowlane Mall Associates L.P (0.5% interest) | 5,000.00 | Unknown | OA | 0.00 | FA |
| 10. Fon du Lac Associates L.P. (1% interest) | 2,000.00 | 2,000.00 | OA | 0.00 | FA |
| 11. Manitowac Associates L.P. (1% interest) | 7,000.00 | Unknown | OA | 0.00 | FA |
| 12. Grand Forks Associates (1.0% interest) | 18,000.00 | Unknown | OA | 0.00 | FA |
| 13. Kimberly Associates L.P. (1% interest) | 10,000.00 | Unknown | OA | 0.00 | FA |
| 14. Locust Street Association (1.35% ownership interest) (u) | 0.00 | Unknown | OA | 0.00 | FA |
| 15. Quarterly dividends from partnerships (u) | 0.00 | Unknown | | 10,225.00 | FA |

UST Form 101-7-TDR (10/1/2010) (Page 6)

Exhibit 8

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 13-27513 | Judge: Janet S. Baer | Trustee Name: Joseph A. Baldi |
|---|---|---|
| Case Name: SPATZ, WILLIAM | | Date Filed (f) or Converted (c): 07/09/2013 (f) |
| | | 341(a) Meeting Date: 08/19/2013 |
| For Period Ending: 03/09/2017 | | Claims Bar Date: 05/23/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 49,500.00 | 8,000.00 | | 10,225.00 | 0.00 |

Re Prop. #3   The spouse who dies second is beneficiary. Policy is held by a trust.
Re Prop. #4   Abandoned per order 9/14/06 [dkt 113]

Re Prop. #5   Abandoned per order 9/14/06 [dkt 113]

Re Prop. #6   Abandoned per order 9/14/06 [dkt 113]

Re Prop. #7   Abandoned per order 9/14/06 [dkt 113]
Re Prop. #8   Abandoned per order 9/14/06 [dkt 113]
Re Prop. #9   Abandoned per order 9/14/06 [dkt 113]
Re Prop. #10   Abandoned per order 9/14/06 [dkt 113]
Re Prop. #11   Abandoned per order 9/14/06 [dkt 113]
Re Prop. #12   Abandoned per order 9/14/06 [dkt 113]
Re Prop. #13   Abandoned per order 9/14/06 [dkt 113]
Re Prop. #14   Abandoned per order 9/14/06 [dkt 113]

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**TFR submitted to UST 11/22/16.**

**October 2016:** Trustee obtained court order authorizing abandonment of LLCs and LPs.  Trustee reviewed claims and resolved claims issues.  Trustee prepared TFR.

**June 2016:** Trustee determined the LLC and partnership interests are of inconsequential value and benefit to the Estate, have large recapture tax liability which would exceed any gain to the estate.  Trustee will seek to abandon and then close the case.

**March 09, 2016, 04:33 pm** Sale of interests may trigger phantom income, postpone sale.  Continuing to receive income distributions from LLC interests.

Case 13-27513    Doc 124    Filed 03/17/17    Entered 03/17/17 14:22:54    Desc Main
Document      Page 8 of 19

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 13-27513 | Judge: Janet S. Baer | Trustee Name: Joseph A. Baldi |
|---|---|---|
| Case Name: SPATZ, WILLIAM | | Date Filed (f) or Converted (c): 07/09/2013 (f) |
| | | 341(a) Meeting Date: 08/19/2013 |
| For Period Ending: 03/09/2017 | | Claims Bar Date: 05/23/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**July 22, 2015, 04:38 pm** Trustee negotiating with Debtor to sell interests in partnerships and LLC's to debtor, analyzing tax issues on recapture liability. If cannot realize sufficient funds to pay tax liability, may not be able to sell interests. Trustee will resolve sale issues and close case by year end.

**Trustee is investigating value of LLC's and LP's to determine if there is any value to Estate**

**Initial Projected Date of Final Report(TFR) :** 12/31/2016    **Current Projected Date of Final Report(TFR) :** 11/30/2016

| **Trustee's Signature** | /s/Joseph A. Baldi | **Date:** 03/09/2017 |
|---|---|---|
| | Joseph A. Baldi | |
| | 20 N. Clark St. Suite 200 | |
| | Chicago, IL 60602 | |
| | Phone : (312) 726-8150 | |

UST Form 101-7-TDR (10/1/2010) (Page 8)                                                                                                    **Exhibit 8**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 13-27513 | Trustee Name: | Joseph A. Baldi |
| Case Name: SPATZ, WILLIAM | Bank Name: | Associated Bank |
| | Account Number/CD#: | ******6891 Checking Account |
| Taxpayer ID No: **-***0930 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: 3/9/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/20/2013 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 400.00 | | 400.00 |
| 02/05/2014 | 3001 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>Annual premium payment | 2300-000 | | 0.32 | 399.68 |
| 02/19/2014 | [15] | MANITOWOC ASSOCIATES LP<br>14 N PEORIA STREET UNIT 3F<br>CHICAGO, IL 60607 | DISTRIBUTION FROM MANITOWOC ASSOC. | 1223-000 | 600.00 | | 999.68 |
| 06/25/2014 | [15] | KIMBERLY ASSOCIATES LP<br>14 N PEORIA STREET, UNIT 3F<br>CHICAGO, IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 200.00 | | 1,199.68 |
| 06/25/2014 | [15] | MEADOWLANE MALL ASSOCIATES LP<br>14 N PEORIA STREET UNIT 3F<br>CHICAGO, IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 350.00 | | 1,549.68 |
| 06/25/2014 | [15] | MANITOWOC ASSOCIATES LP<br>14 N PEORIA STREET UNIT 3F<br>CHICAGO, IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 250.00 | | 1,799.68 |
| 07/08/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,789.68 |
| 08/07/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,779.68 |
| | | | Page Subtotals | | 1,800.00 | 20.32 | |

# FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 13-27513 | Trustee Name: Joseph A. Baldi |
| Case Name: SPATZ, WILLIAM | Bank Name: Associated Bank |
| | Account Number/CD#: ******6891 Checking Account |
| Taxpayer ID No: **-***0930 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 3/9/2017 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/08/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,769.68 |
| 09/23/2014 | [15] | MANITOWOC ASSOCIATES LP<br>14 N PEORIA STREET UNIT 3F<br>CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 1,000.00 | | 2,769.68 |
| 09/23/2014 | [15] | KIMBERLY ASSOCIATES LP<br>14 N PEORIA STREET, UNIT 3F<br>CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 700.00 | | 3,469.68 |
| 10/07/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,459.68 |
| 11/07/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,449.68 |
| 12/05/2014 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,439.68 |
| 01/05/2015 | [15] | KIMBERLY ASSOCIATES LP<br>14 N PEORIA STREET, UNIT 3F<br>CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 200.00 | | 3,639.68 |
| 01/05/2015 | [15] | MANITOWOC ASSOCIATES LP<br>14 N PEORIA STREET UNIT 3F<br>CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 500.00 | | 4,139.68 |
| | | | | Page Subtotals | 2,400.00 | 40.00 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 13-27513 | Trustee Name: | Joseph A. Baldi |
| Case Name: SPATZ, WILLIAM | Bank Name: | Associated Bank |
| | Account Number/CD#: | ******6891 Checking Account |
| Taxpayer ID No: **-***0930 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: 3/9/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/05/2015 | [15] | MEADOWLANE MALL ASSOCIATES LP<br>14 N PEORIA STREET UNIT 3F<br>CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 400.00 | | 4,539.68 |
| 01/08/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,529.68 |
| 02/06/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,519.68 |
| 02/20/2015 | 3002 | ARTHUR B. LEVINE COMPANY<br>60 East 42nd Street<br>Room 965<br>New York New , York 10165 | 2015 Bond premium | 2300-000 | | 3.14 | 4,516.54 |
| 03/06/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,506.54 |
| 03/30/2015 | [15] | MEADOWLANE MALL ASSOCIATES LP<br>14 N PEORIA STREET UNIT 3F<br>CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 350.00 | | 4,856.54 |
| 03/30/2015 | [15] | KIMBERLY ASSOCIATES LP<br>14 N PEORIA STREET, UNIT 3F<br>CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 200.00 | | 5,056.54 |
| | | | Page Subtotals | | 950.00 | 33.14 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 13-27513 | Trustee Name: | Joseph A. Baldi |
| Case Name: SPATZ, WILLIAM | Bank Name: | Associated Bank |
| | Account Number/CD#: | ******6891 Checking Account |
| Taxpayer ID No: **-***0930 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: 3/9/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/03/2015 | [15] | MANITOWOC ASSOCIATES LP 14 N PEORIA STREET UNIT 3F CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 500.00 | | 5,556.54 |
| 04/07/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,546.54 |
| 05/07/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,536.54 |
| 06/05/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,526.54 |
| 06/25/2015 | [15] | MEADOWLANE MALL ASSOCIATES LP 14 N PEORIA STREET UNIT 3F CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 500.00 | | 6,026.54 |
| 07/07/2015 | [15] | MANITOWOC ASSOCIATES LP 14 N PEORIA STREET UNIT 3F CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 250.00 | | 6,276.54 |
| 07/07/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,266.54 |
| 08/07/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,256.54 |
| 09/08/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,246.54 |
| | | | | Page Subtotals | 1,250.00 | 60.00 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 13-27513 | Trustee Name: Joseph A. Baldi |
| Case Name: SPATZ, WILLIAM | Bank Name: Associated Bank |
| | Account Number/CD#: ******6891 Checking Account |
| Taxpayer ID No: **-***0930 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 3/9/2017 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/17/2015 | [15] | MEADOWLANE MALL ASSOCIATES LP<br>14 N PEORIA STREET UNIT 3F<br>CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 500.00 | | 6,746.54 |
| 09/17/2015 | [15] | KIMBERLY ASSOCIATES LP<br>14 N PEORIA STREET, UNIT 3F<br>CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 600.00 | | 7,346.54 |
| 09/17/2015 | [15] | MANITOWOC ASSOCIATES LP<br>14 N PEORIA STREET UNIT 3F<br>CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 700.00 | | 8,046.54 |
| 10/07/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.20 | 8,036.34 |
| 10/15/2015 | 3003 | ILLINOIS DEPT. OF REVENUE<br>P.O. BOX 19053<br>SPRINGFIELD , IL 62794-9053 | 2014 STATE TAX DUE<br>State Tax Due for 2014 Return - Estate of William Spatz<br>Case No. 13-27513 | 2820-000 | | 37.00 | 7,999.34 |
| 11/06/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.95 | 7,987.39 |
| 12/07/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.52 | 7,975.87 |
| 12/14/2015 | [15] | MANITOWOC ASSOCIATES LP<br>14 N PEORIA STREET UNIT 3F<br>CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 500.00 | | 8,475.87 |
| | | | Page Subtotals | | 2,300.00 | 70.67 | |

UST Form 101-7-TDR (10/1/2010) (Page 13)

Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 13-27513 | Trustee Name: Joseph A. Baldi |
| Case Name: SPATZ, WILLIAM | Bank Name: Associated Bank |
| | Account Number/CD#: ******6891 Checking Account |
| Taxpayer ID No: **-***0930 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 3/9/2017 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/14/2015 | [15] | MEADOWLANE MALL ASSOCIATES LP<br>14 N PEORIA STREET UNIT 3F<br>CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 375.00 | | 8,850.87 |
| 01/08/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.61 | 8,838.26 |
| 02/05/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.14 | 8,825.12 |
| 02/15/2016 | 3004 | ARTHUR B. LEVINE COMPANY<br>370 Lexington Avenue, Suite 1101<br>New York , NY 10017 | Bond Premium Payment<br>2016 Bond Premium Payment | 2300-000 | | 6.40 | 8,818.72 |
| 03/07/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.27 | 8,806.45 |
| 04/01/2016 | [15] | WS MANAGEMENT, INC.<br>14 N. PEORIA STREET, 3F<br>CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 300.00 | | 9,106.45 |
| 04/01/2016 | [15] | WS MANAGEMENT, INC.<br>14 N. PEORIA STREET, 3F<br>CHICAGO , IL 60607 | QUARTERLY DISTRIBUTION | 1223-000 | 250.00 | | 9,356.45 |
| 04/07/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.09 | 9,343.36 |
| | | | Page Subtotals | | 925.00 | 57.51 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 13-27513 | |
| Case Name: | SPATZ, WILLIAM | |
| Taxpayer ID No: | **-***0930 | |
| For Period Ending: | 3/9/2017 | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Bank Name: | Associated Bank |
| Account Number/CD#: | ******6891 Checking Account |
| Blanket bond (per case limit): | 5,000,000.00 |
| Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/06/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.44 | 9,329.92 |
| 06/07/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.87 | 9,316.05 |
| 07/08/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 13.40 | 9,302.65 |
| 07/19/2016 | | Trustee Transfer to new account | Transfer of funds to Texas Capital Bank | 9999-000 | | 9,302.65 | 0.00 |
| | | | | Page Subtotals | 0.00 | 9,343.36 | |

| | | |
|---|---|---|
| **COLUMN TOTALS** | 9,625.00 | 9,625.00 |
| Less: Bank Transfer/CD's | 400.00 | 9,302.65 |
| **SUBTOTALS** | 9,225.00 | 322.35 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 9,225.00 | 322.35 |

UST Form 101-7-TDR (10/1/2010) (Page 15)

Exhibit 9

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-27513 | Trustee Name: | Joseph A. Baldi |
| Case Name: | SPATZ, WILLIAM | Bank Name: | Congressional Bank |
| | | Account Number/CD#: | ******0481 Checking Account |
| Taxpayer ID No: | **-***0930 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/9/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/13/2013 | [15] | Wendy Spatz<br>14 North Peoria, Unit 3F<br>Chicago , IL 60607 | Quarterly dividend | 1223-000 | 400.00 | | 400.00 |
| 12/20/2013 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 400.00 | 0.00 |

| | | | | Page Subtotals | 400.00 | 400.00 | |

|  |  |  |
|---|---|---|
| **COLUMN TOTALS** | 400.00 | 400.00 |
| Less:Bank Transfer/CD's | 0.00 | 400.00 |
| **SUBTOTALS** | 400.00 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 400.00 | 0.00 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-27513 | | Trustee Name: | Joseph A. Baldi |
| Case Name: | SPATZ, WILLIAM | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5492 Checking Account |
| Taxpayer ID No: | **-***0930 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/9/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/19/2016 | | Trustee Transfer to new account | Received transfer of funds from Associated Bank | 9999-000 | 9,302.65 | | 9,302.65 |
| 08/03/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 9,287.65 |
| 08/08/2016 | [15] | MEADOWLANE MALL ASSOCIATES LTD<br>14 N PEORIA STREET UNIT 3F<br>CHICAGO , IL 60607 | Quarterly Distribution | 1223-000 | 300.00 | | 9,587.65 |
| 08/08/2016 | [15] | MANITOWOC ASSOCIATES LLC<br>14 N PEORIA STREET UNIT 3F<br>CHICAGO , IL 60607 | Quarterly Distribution | 1223-000 | 300.00 | | 9,887.65 |
| 09/06/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 9,872.65 |
| 01/03/2017 | 53001 | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee's Compensation | 2100-000 | | 1,772.50 | 8,100.15 |
| | | | | Page Subtotals | 9,902.65 | 1,802.50 | |

UST Form 101-7-TDR (10/1/2010) (Page 17)    Exhibit 9

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-27513 | Trustee Name: | Joseph A. Baldi |
| Case Name: | SPATZ, WILLIAM | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5492 Checking Account |
| Taxpayer ID No: | **-***0930 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/9/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/03/2017 | 53002 | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee Expenses | 2200-000 | | 30.02 | 8,070.13 |
| 01/03/2017 | 53003 | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | | 3210-000 | | 4,753.73 | 3,316.40 |
| 01/03/2017 | 53004 | Popowcer Katten, Ltd.<br>35 W Wacker Dr<br>Chicago, IL 60601 | | 3410-000 | | 1,500.00 | 1,816.40 |
| *01/03/2017 | 53005 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago , ILLINOIS 60664-0338 | Disb of 10.00% to Claim #000001A--reversed: creditor returned distribution check | 5800-003 | | 1,816.40 | 0.00 |
| *01/30/2017 | | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago , ILLINOIS 60664-0338 | Disb of 10.00% to Claim #000001A | 5800-003 | | (1,816.40) | 1,816.40 |
| 02/01/2017 | 53006 | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | Supplemental Distribution per Court Order dated January 3, 2017 | 3210-000 | | 1,816.40 | 0.00 |
| | | | | Page Subtotals | 0.00 | 8,100.15 | |

UST Form 101-7-TDR (10/1/2010) (Page 18)

Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-27513 | Trustee Name: | Joseph A. Baldi |
| Case Name: | SPATZ, WILLIAM | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5492 Checking Account |
| Taxpayer ID No: | **-***0930 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/9/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

Page Subtotals

|   |   |   |   |
|---|---|---|---|
| **COLUMN TOTALS** | | 9,902.65 | 9,902.65 |
| Less:Bank Transfer/CD's | | 9,302.65 | 0.00 |
| **SUBTOTALS** | | 600.00 | 9,902.65 |
| Less: Payments to Debtors | | | 0.00 |
| **Net** | | 600.00 | 9,902.65 |

| | | | |
|---|---|---|---|
| All Accounts Gross Receipts: | 10,225.00 | | |
| All Accounts Gross Disbursements: | 10,225.00 | | |
| All Accounts Net: | 0.00 | | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******6891 Checking Account | 9,225.00 | 322.35 | |
| ******5492 Checking Account | 600.00 | 9,902.65 | |
| ******0481 Checking Account | 400.00 | 0.00 | |
| **NetTotals** | 10,225.00 | 10,225.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 19)                                              **Exhibit 9**